# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10134

_____

MED-TRANS CORPORATION,

                                                      Plaintiff-Appellant,

*versus*

CAPITAL HEALTH PLAN, INC.,
C2C INNOVATIVE SOLUTIONS, INC.,

                                                      Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-01077-TJC-JBT

_____

2            Order of the Court            24-10134

_____

No. 24-10135

_____

REACH AIR MEDICAL SERVICES LLC,

                                                    Plaintiff-Appellant,

*versus*

KAISER FOUNDATION HEALTH PLAN INC.,
C2C INNOVATIVE SOLUTIONS, INC.,

                                                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:22-cv-01153-TJC-JBT

_____

ORDER:

      Appellants' "Unopposed Motion to Consolidate Appeal Nos. 24-10134 and 24-10135" is GRANTED.


                                      /s/ Nancy G. Abudu
                                      UNITED STATES CIRCUIT JUDGE