**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

David J. Smith                                                                              In Replying Give Number
Clerk                                                                                         Of Case and Names of Parties

March 3, 2025

**NOTICE TO COUNSEL OR PARTIES IN CASES LISTED BELOW:**

The following cases are scheduled for oral argument during the week of **JUNE 2, 2025, IN JACKSONVILLE, FLORIDA.  COURT WILL BE HELD TUESDAY-FRIDAY OF THIS WEEK.  COUNSEL WILL RECEIVE A FINAL CALENDAR APPROXIMATELY 6-8 WEEKS IN ADVANCE OF THE SESSION ASSIGNING A SPECIFIC DATE OF ORAL ARGUMENT.  IF THERE ARE ANY PENDING RELATED APPEALS, COUNSEL SHOULD NOTIFY THE CLERK AS SOON AS POSSIBLE.**  *Please note that after an appeal is assigned to a specific day for oral argument, any change in or addition to counsel in the appeal requires leave of court.  See 11th Cir.R.34-4(e).*

If counsel has any insoluble scheduling conflicts which would interfere with argument during that week, please telephone this office **AS SOON AS POSSIBLE** at 404-335-6166 or email **Jenifer_Tubbs@ca11.uscourts.gov**

**JENIFER TUBBS**
Court Sessions Supervisor

------------------------------------------------------------------------------------------------------------------------

*PLEASE TELEPHONE THIS OFFICE IMMEDIATELY WITH ANY SCHEDULING REQUESTS. PLEASE REFER TO CALENDAR #18.*

| | |
|---|---|
| 23-10365 | The Hurry Family Revocable Trust, et al. v. Christopher Frankel (REVISED ARGUMENT DATE) |
| 23-13966 | Managed Care Advisory Group, LLC v. Cigna Healthcare, Inc. |
| 23-12459 | Miguel Jackson, et al. v. Joseph Catanzariti, et al. |
| 23-11937 | Earl Johnson, Jr. v. Mayor, City of Jacksonville, et al. (REVISED ARGUMENT DATE) |
| 24-10066 | Yosbel Calderon Martinez, et al. v. Secretary, Department of Homeland Security, et al. |
| 24-10449 | Florida Virtual School v. K12, Inc., et al. |
| 24-10731 | United States v. Antione Ladson |
| 24-11310 | Benjamin Watson, Jr., et al. v. Kingdom of Saudi Arabia |
| 24-10148 | Global Marine Exploration, Inc. v. Republic of France |
| 24-10135 | REACH Air Medical Services LLC v. Kaiser Foundation Health Plan Inc., et al. |
| 23-13847 | Oakes Farms Food & Distribution Services, LLC, et al. v. Gregory Adkins, et al. |
| 24-10068 | Joseph Heid v. Mark Rutkoski, et al. |
| 23-13776 | United States v. Michael Prime |
| 22-13213 | United States v. William Quarterman, III |
| 20-12457 | United States v. Shane Harris |
| 23-10123 | Catrell Ivory v. United States |